# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| FOUR MILE BAY LLC, | ) |
| *Plaintiff*, | ) Case No. 3:14-cv-01300-JVB-JEM |
| *v*. | ) Hon. Joseph S. Van Bokkelen |
| ZIMMER HOLDINGS, INC. AND ZIMMER DENTAL INC., | ) **STIPULATION OF DISMISSAL** |
| *Defendants*. | ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Four Mile Bay LLC ("FMB") and Defendants Zimmer Holdings, Inc. (now known as Zimmer Biomet Holdings, Inc., *see* ECF No. 45) and Zimmer Dental Inc. (collectively, "Zimmer") hereby stipulate to the dismissal of this action. All claims for relief asserted against Zimmer by FMB herein are dismissed WITH PREJUDICE; all counterclaims for relief asserted against FMB by Zimmer are dismissed WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

Dated: February 12, 2016                    Respectfully jointly submitted by:

| | |
|---|---|
| */s/ Stephen C. Jarvis* | */s/ Daniel M. Lechleiter* |
| Matthew M. Wawrzyn | Ken Liebman (*Pro Hac Vice*) |
| mwawrzyn@siprut.com | Minnesota Bar No. 236731 |
| Stephen C. Jarvis | **FAEGRE BAKER DANIELS LLP** |
| sjarvis@siprut.com | 2200 Wells Fargo Center |
| **SIPRUT PC** | 90 South Seventh Street |
| 17 N. State St., Suite 1600 | Minneapolis, Minnesota  55402-3901 |
| Chicago, Illinois  60602 | Telephone:  (612) 766-7000 |
| Telephone:  (312) 236-0000 | Facsimile:   (612) 766-1600 |
| Facsimile:   (312) 690-4325 | E-mail: Ken.Liebman@FaegreBD.com |
| | |
| ***Counsel for Plaintiff, Four Mile Bay LLC*** | Daniel M. Lechleiter |
| | Indiana Bar No. 25675-49 |

- 2 -

        Trenton B. Morton
           Indiana Bar No. 30777-49
**FAEGRE BAKER DANIELS LLP**
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204-1750
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
E-mail:  Daniel.Lechleiter@FaegreBD.com
         Trenton.Morton@FaegreBD.com

*Counsel for Defendants,  Zimmer Holdings, Inc. and Zimmer Dental Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation Of Dismissal** was filed this 12th day of February 2016 via the electronic filing system of the United States District Court for the Northern District of Indiana, which will automatically serve all counsel of record.

*/s/ Stephen C. Jarvis*
Stephen C. Jarvis

4812-8662-6350, v.  2